**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Jennifer L. BAKER, Defendant–**
**Appellee.**

No. 04–2309.

United States Court of Appeals,
Seventh Circuit.

Aug. 26, 2005.

Ralph M. Friederich, Office of the United States Attorney Criminal Division,

Fairview Heights, IL, for Plaintiff–Appellant.

Paul M. Storment, III, Belleville, IL, for Defendant–Appellee.

Before ROVNER, EVANS, and SYKES, Circuit Judges.

## ORDER

On limited remand under *United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005), the district judge concluded that knowledge about the advisory status of the sentencing guidelines would not have affected his decision. Defendant Baker was offered the opportunity to respond before we finally resolve the appeal, and she has chosen not to do so. Her 78–month sentence does not appear to be unreasonable and is therefore AFFIRMED.